SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
YASIN M. ALMADANI (Cal. Bar No. 242798)
Assistant United States Attorney
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6968
    Facsimile: (213) 894-7177
    E-mail:  Yasin.Almadani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>       v.<br><br>$60,300.00 IN U.S. CURRENCY,<br><br>    Defendant. | No. CV 17-8757<br><br>**VERIFIED COMPLAINT FOR FORFEITURE**<br><br>18 U.S.C. § 981(a)(1)(C) and<br>21 U.S.C. § 881(a)(6)<br><br>[DEA] |

    The United States of America brings this claim against the defendant $60,300.00 in U.S. Currency, and alleges as follows:

JURISDICTION AND VENUE

    1.   This is a civil forfeiture action brought pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

    2.   This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

## PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America.

5. The defendant is $60,300.00 in U.S. Currency (the "defendant currency"), seized by law enforcement officers from the luggage of Stephen A. Clemons ("Clemons") on February 7, 2017, at Los Angeles International Airport ("LAX") in Los Angeles California.

6. The defendant currency is currently in the custody of the United States Marshals Service in this District, where it shall remain subject to the jurisdiction of this Court during the pendency of this action.

7. The interests of Clemons may be adversely affected by these proceedings.

## EVIDENCE SUPPORTING FORFEITURE

8. On or about Tuesday, February 7, 2017, officers from the Drug Enforcement Administration ("DEA") and the Los Angeles Sheriff's Department ("LASD") assigned to the Los Angeles International Airport Narcotics Task Force ("LAXNTF") received information regarding the suspicious travel itinerary of Clemons, who was traveling that day from Delaware to Los Angeles on a one-way ticket purchased the day before.

9. After Clemons' flight landed at LAX, officers observed him at baggage claim.

10. LASD Detective Moore ("Detective Moore") approached Clemons, identified himself as police and, without blocking Clemons' path, asked Clemons if Clemons would agree to speak about his travel

plans while in Los Angeles. Clemons agreed and told officers that he was visiting from Delaware. Clemons said he planned on staying in Los Angeles until "maybe this Sunday," which was five days later.

11. Clemons said that he had purchased his ticket approximately one week earlier, but Detective Moore knew this to be a lie because LAXNTF had received information that Clemons had purchased his ticket on February 6, 2017, just one day before traveling.

12. Detective Moore asked Clemons if Clemons was traveling with a large amount of currency or drugs. Clemons responded that he did not have any drugs but had approximately $40,000.00. Clemons also stated that he did not want to draw attention while going through the security check point at the airport in Delaware.

13. Clemons agreed to accompany Detective Moore to the LAX DEA office to discuss the origin of the currency in Clemons' possession and the purpose of his trip to Los Angeles. Clemons kept both pieces of luggage and his backpack in his possession while enroute to the LAX DEA office.

14. At the LAX DEA office, Clemons consented to a search of his luggage and backpack. Officers discovered several large bundles of U.S. currency in Clemons' carry-on backpack. The currency in the backpack was in a black and white plaid pouch concealed in layers of clothes in the backpack. Officers found a second pouch in Clemons' checked luggage, containing similarly wrapped large bundles of U.S. currency. The total in Clemons' possession was determined to be $60,300.00. Officers also found a label printer and a roll of self-adhering shipping labels in Clemons' second checked suitcase.

15. Los Angeles is a source city for illegal drugs and Delaware is a destination state. It is common for drug traffickers in drug

destination locations, such as Delaware, to bring large sums of money to Los Angeles to purchase controlled substances in Los Angeles. They then ship those illegal drugs to destination locations to avoid being apprehended with drugs on hand. Drug traffickers prefer to use label makers to label the drug packages because printed labels (as opposed to handwritten labels) lessen the likelihood of suspicion from law enforcement.

16. Based on Clemons' actions fitting an oft observed drug trafficking pattern, officers requested a drug detecting canine. Los Angeles Police Department officer Dolores Suviate responded to the LAX DEA office with her trained and certified drug detecting canine "Smithy," who positively alerted to the odor of narcotics on the defendant currency.[1]

17. A law enforcement data base search revealed that Clemons has a criminal history including a drug trafficking conviction.

18. Based on the above, plaintiff alleges that the defendant currency represents or is traceable to proceeds of illegal drug trafficking and/or was intended to be used in one or more exchanges for a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 et seq. The defendant currency is therefore subject to

---

[1] "Smithy" was placed into service on January 15, 2013. "Smithy" alerts upon detecting the odor of the drugs marijuana, cocaine, heroin, opium, and methamphetamine. On January 4, 2016, the Los Angeles Police Department and the National Police Canine Association certified "Smithy" and his handler as a team for use. "Smithy" has received over 500 hours of training, during which he has successfully found over 2,583 training aids consisting of actual drugs. Smithy has been successfully used in over 278 cases in which controlled substances have been found. Smithy is responsible for the seizure of over 14 pounds of cocaine, 13 pounds of heroin, 650 pounds of marijuana, and 107 pounds of methamphetamine.

forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendant currency;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED: December 5, 2017

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 */s/ Yasin M. Almadani*
YASIN M. Almadani
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

**VERIFICATION**

I, Marlon Coronado, declare and say that:

1. I am a Task Force Officer with the Drug Enforcement Administration.

2. I have read the attached Verified Complaint for Forfeiture and know the contents thereof.

3. The information contained in the Complaint is either known to me personally, was furnished to me by official government sources, or obtained pursuant to subpoena. I am informed and believe that the allegations set out in the Complaint are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 4TH day of September 2017 at Los Angeles, California.

Marlon Coronado
Task Force Officer - DEA